

| | | | |
|---|---|---|---|
| Com. v. Metz ........................ | 3463 EDA 2015<br>Affirmed | 08/31/2016 | CP–51–CR–0903491–<br>1996<br>(Philadelphia) |
| Com. v. Motter [37] ..................... | 704 MDA 2015<br>Affirmed | 08/31/2016 | CP–08–CR–0000512–<br>2012<br>(Bradford) |
| Com. v. Holley ....................... | 1254 MDA 2015<br>Affirmed | 08/31/2016 | CP–08–CR–0000336–<br>2009<br>(Perry) |
| Com. v. Stahl ........................ | 1589 MDA 2015<br>Affirmed | 08/31/2016 | CP–40–CR–0001067–<br>2014<br>(Luzerne) |
| Com. v. Gonzalez .................... | 2072 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/31/2016 | CP–36–CR–0002032–<br>2012<br>CP–36–CR–0002033–<br>2012<br>(Lancaster) |
| In the Interest of J.B.; Appeal of M.B.... | 341 MDA 2016<br>Affirmed | 08/31/2016 | CP–36–DP–0000220–<br>2015<br>(Lancaster) |
| In the Interest of J.B.; Appeal of A.R. ... | 342 MDA 2016<br>Affirmed | 08/31/2016 | CP–36–DP–0000220–<br>2015<br>(Lancaster) |
| Com. v. Begandy ..................... | 1210 WDA 2015<br>Quashed | 08/31/2016 | CP–02–CR–0000271–<br>2007<br>(Allegheny) |
| Com. v. Neal ........................ | 1314 WDA 2015<br>Affirmed | 08/31/2016 | CP–11–CR–0001261–<br>2012<br>(Cambria) |
| Com. v. Mathis ...................... | 1381 WDA 2015<br>Affirmed | 08/31/2016 | CP–25–CR–0002715–<br>2008<br>(Erie) |
| Com. v. Clement ..................... | 1534 WDA 2015<br>Affirmed | 08/31/2016 | CP–25–CR–0002345–<br>2014<br>(Erie) |
| Com. v. Frye ......................... | 1600 WDA 2015<br>Affirmed | 08/31/2016 | CP–26–CR–0001945–<br>2012<br>(Fayette) |
| Com. v. Frye ......................... | 1625 WDA 2015<br>Affirmed | 08/31/2016 | CP–26–CR–0001945–<br>2012<br>(Fayette) |
| Com. v. Tinsley ...................... | 1776 WDA 2015<br>Reversed and<br>Appellant<br>Discharged | 08/31/2016 | CP–30–CR–0000186–<br>2014<br>(Greene) |
| Com. v. Evanicsko ................... | 1975 WDA 2015<br>Affirmed | 08/31/2016 | CP–56–CR–0000792–<br>2012<br>(Somerset) |
| Ambeliotis v. Ambeliotis .............. | 229 WDA 2016<br>Affirmed | 08/31/2016 | No. FD13–003823–008<br>(Allegheny) |

**37.** Petition for reargument denied November 10 2016.